UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAURA ZILIOLI,

       Plaintiff,

  -against-

CITY OF NEW YORK, *et al.*,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

17cv9495

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

   The parties are directed to use the following dial-in information for the status conference scheduled for May 7, 2020 at 10:30 a.m.  The dial-in number is 888-363-4749, passcode 3070580.

Dated: May 1, 2020
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.