USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAURA ZILIOLI,

                        Plaintiff,                        17-CV-09495 (WHP)(SN)

      -against-                                  **ORDER**

CITY OF NEW YORK, et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In light of the recent close of fact discovery on September 8, 2020, and the upcoming close of expert discovery on September 30, 2020, the parties are encouraged to contact the Court to schedule a settlement conference if they believe it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. The parties may contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference and should assume that the conference would proceed by telephone using the Court's confidential teleconference service which allows the Court to speak with each party separately.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     September 17, 2020
                 New York, New York