UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| LAURA ZILIOLI, | : |
| Plaintiff, | : 17cv9495 |
| | : |
| -against- | : ORDER |
| | : |
| CITY OF NEW YORK, *et al.*, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

       The parties are directed to use the following dial-in information for the status conference scheduled for October 1, 2020 at 2:00 p.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: October 1, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.