UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2020
```

LAURA ZILIOLI,

                          Plaintiff,                       17-CV-09495 (WHP)(SN)

    -against-                                  **SETTLEMENT CONFERENCE
ORDER**

CITY OF NEW YORK, et al.,

                          Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A settlement conference is scheduled for Tuesday, November 17, 2020, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Tuesday, November 10, 2020. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

SO ORDERED.

DATED:    October 9, 2020
               New York, New York

                                                    SARAH NETBURN
                                                    United States Magistrate Judge