```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAURA ZILIOLI,

                        **Plaintiff,**          17-CV-09495 (WHP)(SN)

     -against-                           **ORDER**

CITY OF NEW YORK, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

     In light of the dispute that has arisen between Plaintiff's current and former counsel, a conference is scheduled for Thursday, January 14, 2021, at 10:30 a.m. At that time, the parties, including Plaintiff's former counsel, should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                _____
                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:     January 6, 2021
                 New York, New York