UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAURA ZILIOLI,

                                  Plaintiff,                      17-CV-09495 (WHP)(SN)

              -against-                                  **ORDER**

CITY OF NEW YORK, et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    Due to a conflict in the Court's calendar, the conference previously scheduled for Thursday, January 14, 2021, at 10:30 a.m. is RESCHEDULED for Wednesday, January 20, 2021, at 10:00 a.m. At that time, the parties, including Plaintiff's former counsel, should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:      January 8, 2021
                New York, New York