UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAURA ZILIOLI,

                              Plaintiff,                        17-CV-09495 (WHP)(SN)

             -against-                                 **ORDER**

CITY OF NEW YORK, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      As discussed during today's conference, Plaintiff's current counsel at Simon, Eisenberg & Baum, LLP shall file their motion on the apportionment of attorney's fees on February 19, 2021. Plaintiff's former counsel at Kelly & Rubin, LLP shall file their motion in opposition on March 22, 2021. Plaintiff's current counsel shall file their reply no later than April 5, 2021. If at any point Plaintiff's current and former counsel are able to come to an agreement regarding the apportionment of attorney's fees, the parties shall promptly file a joint letter with the Court.

**SO ORDERED.**

                                                        _____
                                                         SARAH NETBURN
DATED:    January 20, 2021           United States Magistrate Judge
               New York, New York